

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Carolina A. Fornos
tel: 212.858.1558
carolina.fornos@pillsburylaw.com

January 12, 2022

**Application GRANTED.** The initial pretrial conference is adjourned to **February 9, 2022, at 4:20 PM**, the parties' deadline to submit pre-conference materials is adjourned to **February 2, 2022, at noon**, and Defendant's deadline to answer or otherwise respond to the Complaint is adjourned to **February 4, 2022**.

**BY ECF**

The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Dated: January 12, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    *Victoriano Tavarez, et al. v. Fluidmaster, Inc.*, 1:21-cv-9882

Dear Judge Schofield:

We represent Fluidmaster, Inc. ("Fluidmaster") in the above-referenced action. We write pursuant to Rule I.B.2 of Your Honor's Individual Rules and Procedures for Civil Cases to respectfully request an adjournment of 21 days, or until February 9, 2022, of the initial status conference presently scheduled for January 19, 2022 at 4:20 p.m., as well as the Order (ECF No. 5) requiring a joint status report by January 12, 2022 at 12:00 p.m., which we seek to adjourn to February 2, 2022. Fluidmaster additionally requests an extension of time until February 4, 2022 to respond to the Complaint. Plaintiffs consent to these requests.

We have been in contact with counsel for Plaintiffs, and the requested adjournment would enable the parties to discuss this matter and explore a possible early resolution that may conserve judicial resources.

No previous requests for adjournment or extension of time have been made.

Respectfully submitted,

*/s/ Carolina A. Fornos*

Carolina A. Fornos

*Counsel for Defendant Fluidmaster, Inc.*

cc:    All counsel of record (by ECF)